IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDY MARTIN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DANIEL AKERSON, CHARLENE BARSHEFSKY, URSULA BURNS, KENNETH CHENAULT, PETER CHERNIN, JAN LESCHLY, RICHARD C. LEVIN, RICHARD A. MCGINN, EDWARD D. MILLER, STEVEN S. REINEMUND, ROBERT D. WALTER, RONALD A. WILLIAMS, "MR. GUNNING," JUDY BISGARD, AMERICAN EXPRESS CENTURION BANK, AMERICAN EXPRESS BANK, FSB,<br><br>　　　　　　　　Defendants. | Case No.: _____<br><br>**FILED: JULY 3, 2008**<br>**08CV3812**<br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE KEYS**<br>**AEE** |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and United States District Court for the Northern District of Illinois Local Rule 3.2, Defendants American Express Bank, FSB ("AEB") and American Express Centurion Bank ("AECB"), by and through their attorneys Greenberg Traurig, LLP, state as follows:

　　　　1.　　AEB and AECB are wholly-owned subsidiaries of American Express Travel Related Services Company, Inc., which is, in turn, a wholly-owned subsidiary of American Express Company ("AEC").

2. AEC is a publicly traded company, and has no parent corporation. Berkshire Hathaway, Inc., a publicly traded company, together with its subsidiaries and affiliates, owns approximately 11% of the stock of AEC.

                                        AMERICAN EXPRESS CENTURION
                                        BANK, AMERICAN EXPRESS BANK,
                                        FSB, DANIEL AKERSON, *et al.,*
                                        Defendants

                              By: /s/ Ruth A. Bahe-Jachna_____
                                    One of Their Attorneys

Ruth A. Bahe-Jachna
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
(p) (312) 456-8400
(f) (312) 456-8435
baher@gtlaw.com

Louis Smith
Greenberg Traurig, LLP
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932-0677
(p) (973) 360-7900
(f) (973) 301-8410
smithlo@gtlaw.com

**Attorneys for Defendants**

Dated: July 3, 2008

## CERTIFICATE OF SERVICE

I, Ruth A. Bahe-Jachna, an attorney, hereby certify that I caused a copy of the foregoing **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** to be served by email and by placing a true and correct copy in an envelope, with proper postage pre-paid, and addressed to:

> Andy Martin
> 30 E. Huron St.
> Suite 4406
> Chicago, IL 60611-4723
>
> e-mail: andymart20@aol.com

and depositing same in the U.S. mail at 77 West Wacker Drive, Chicago, Illinois 60601, before the hour of 5:00 p.m.

/s/ Ruth A. Bahe-Jachna
Ruth A. Bahe-Jachna

NJ 226428208v1 July 3, 2008