IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDY MARTIN,<br><br>                Plaintiff,<br>v.<br><br>DANIEL AKERSON, CHARLENE BARSHEFSKY, URSULA BURNS, KENNETH CHENAULT, PETER CHERNIN, JAN LESCHLY, RICHARD C. LEVIN, RICHARD A. MCGINN, EDWARD D. MILLER, STEVEN S. REINEMUND, ROBERT D. WALTER, RONALD A. WILLIAMS, "MR. GUNNING," JUDY BISGARD, AMERICAN EXPRESS CENTURION BANK, AMERICAN EXPRESS BANK, FSB,<br><br>                Defendants. | Case No.:  08 CV 3812<br>Judge Pallmeyer<br>Magistrate Judge Keys |

## NOTICE OF MOTION

TO:    Andy Martin
         30 E. Huron St.
         Suite 4406
         Chicago, IL 60611-4723
         e-mail: andymart20@aol.com

       PLEASE TAKE NOTICE that on July 22, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead in Courtroom 2119 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present **DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 41(B) OR, ALTERNATIVELY, RULE 12(B)(6) ,** a copy of which is attached hereto and hereby served upon you.

Dated: July 10, 2008                     Respectfully submitted,

               AMERICAN EXPRESS CENTURION BANK, AMERICAN EXPRESS BANK, FSB, DANIEL AKERSON, *et al.,* Defendants

               By:  /s/ Ruth A. Bahe-Jachna
                 One of Their Attorneys

Ruth A. Bahe-Jachna
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
(p) (312) 456-8400
(f)  (312) 456-8435
baher@gtlaw.com

Louis Smith
Greenberg Traurig, LLP
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey  07932-0677
(p) (973) 360-7900
(f)  (973) 301-8410
smithlo@gtlaw.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I, Ruth A. Bahe-Jachna, an attorney, hereby certify that I caused a copy of the foregoing **NOTICE OF MOTION, DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 41(B) OR, ALTERNATIVELY, RULE 12(B)(6) AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** to be served by email and by placing a true and correct copy in an envelope, with proper postage pre-paid, and addressed to:

Andy Martin
30 E. Huron St.
Suite 4406
Chicago, IL 60611-4723

e-mail: andymart20@aol.com

and depositing same in the U.S. mail at 77 West Wacker Drive, Chicago, Illinois 60601, before the hour of 5:00 p.m. on July 10, 2008.

/s/ Ruth A. Bahe-Jachna
Ruth A. Bahe-Jachna

*NJ 226434751v1 July 10, 2008*