## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3812 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Andy Martin vs. Daniel Akerson | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss pursuant to Rule 41(B) or, alternatively, Rule 12(B)(6) entered and continued for briefing. Response to be filed by or on 8/12/2008; reply 8/26/2008.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|