# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3812 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Andy Martin vs. Daniel Akerson | | |

**DOCKET ENTRY TEXT**

Plaintiff Martin has written to the court, providing two mailing addresses and explaining that he did not receive notice of the July 22, 2008 hearing. Mr. Martin is advised that Defendants have moved to dismiss his case. A briefing schedule has been set, requiring Mr. Martin to respond to the motion on or before August 12, 2008; Defendants' reply, if any, will be due on August 26, 2008. The status hearing set for August 18, 2008, is stricken. The court will rule on Defendants' motion to dismiss by mail.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|