UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 15 2008
August 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANDY MARTIN, :
:
    Plaintiff, :
:
vs. : Case No. 08 CV 3812
: Judge Pallmeyer
DANIEL AKERSON, et al., : M.Judge Keys
:
    Defendants. :

MOTION FOR EXTENSION OF TIME

    Plaintiff moves the Court for an extension of time to respond to the defendants' Motion to Dismiss and states:

1. Preliminary observations

    Federal judges often decry frivolous lawsuits that reach their courtrooms. While this lawsuit is demonstrably **not** frivolous, it has no business in federal court.

    Congress has vested the state courts with original jurisdiction to hear the matters sub judice. This lawsuit has no business in federal court. The dispute originally began when an abusive employee, named as a John Doe defendant, harassed Plaintiff over a $20 past due amount. When Plaintiff sued the defendants and their bewildering maze of corporate defendants and parties, the defendants decided to "make a federal case" out

of this *de minimis* debate, which belonged in state court where it was filed.

A major law firm was duly hired to grind out masses of elaborate pleadings in this $20 debate (no word of why a major customer of American Express has never received any written or response to his letters to the company, or an apology for the abusive employee's action), no doubt consuming the professional life of some hapless law firm associate and generating a monstrous and totally unnecessary legal bill.

Plaintiff in turn has started two blogs, www.BoycottthePlumCard.blogspot.com, and www.BoycottAmericanExpress.blogspot.com.

Plaintiff must now compose a detailed response to the defendants' elaborate pleadings.

2. Basis for motion

Plaintiff is the author of the new bestseller **Obama: The Man Behind The Mask** (http://OrangeStatePress.com) and he is away from Chicago selling books and en route to the Democratic National Convention in Denver. He is also executive director of various political action committees, see e.g. http://StopObamaCoalition.com, and http://CommitteeofOneMilliontoDefeatBarackObama.com. He does not plan to be in Chicago until after Labor Day.

Since plaintiff works alone, and lacks the resources of a major law firm, he has no means of generating elaborate

pleadings or doing extensive research until some time in mid-September.[1]

Plaintiff asks for an extension of time up to and including September 19, 2008 to file his response to the various documents submitted by the defendants, as well as to file his own motions to disqualify the defendants' law firm and for other relief.

On the other hand, the Court might just decide to *sua sponte* remand this lawsuit to the state court, where it can proceed in a forum of proper jurisdiction and not occupy the resources of the federal judiciary any further.

Respectfully submitted,

ANDY MARTIN
P.O. Box 1851
New York, NY 10150-1851
Tel. (866) 706-2639
Fax  (866) 707-2639
E-mail (text only):
     AndyMart20@aol.com

with courtesy copy to:

Suite 4406
30 E. Huron Street
Chicago, IL 60611-4723

---

[1] If the Court would like to request that some law firm represent Plaintiff, he has no objection to being represented by court-appointed counsel.

4

## Certificate of service

I certify I have served counsel for the defendants, Ruth Bahe-Jachna, Greenberg, Traurig, 77 W. Wacker Dr., Suite 2500, Chicago, IL 60601 by fax to (312) 456-8435 on August 12, 2008.

*[signature]*

ANDY MARTIN