UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANDY MARTIN,

    Plaintiff,

vs.

DANIEL AKERSON, et al.,

    Defendants.

08cv3812

Case No. 08 CV 3812
Judge Pallmeyer
M. Judge Keys

### APPEARANCE

Please enter the appearance of the Plaintiff *pro se* at the post office box address below.

Respectfully submitted,

ANDY MARTIN
P.O. Box 1851
New York, NY 10150-1851
Tel. (866) 706-2639
Fax  (866) 707-2639
E-mail (text only):
    AndyMart20@aol.com

2

with courtesy copy to:

Suite 4406
30 E. Huron Street
Chicago, IL 60611-4723

Certificate of service

I certify I have served counsel for the defendants, Ruth Bahe-Jachna, Greenberg, Traurig, 77 W. Wacker Dr., Suite 2500, Chicago, IL 60601 by fax to (312) 456-8435 on August 12, 2008.

ANDY MARTIN