## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3812 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Andy Martin vs. Daniel Akerson | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to notice his motion for extension of time to respond to the defendants' motion to dismiss as required by Local Rules.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|